GOLD BENNETT CERA & SIDENER LLP
Solomon B. Cera (99467)
Thomas C. Bright (169713)
Pamela A. Markert (203780)
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
Email: scera@gbcslaw.com
       tbright@gbcslaw.com
       pmarkert@gbcslaw.com

Attorneys for Lead Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF FEYKO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br>YUHE INTERNATIONAL, INC., *et al.*,<br><br>Defendants.<br>_____<br>aAd PARTNERS LP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br>RODMAN & RENSHAW, LLC, *et al.*,<br><br>Defendants.<br>_____<br>ROTH CAPITAL PARTNERS, LLC, *et al.*,<br><br>Cross-Claimants,<br>v.<br>CHILD, VAN WAGONER & BRADSHAW, PLLC, *et al.*,<br><br>Cross-Defendants | Case No.: 11-cv-05511-DDP (PJWx)<br><br>**LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION AND MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT, (II) CERTIFICATION OF THE CLASS FOR PURPOSES OF SETTLEMENT AND (III) APPROVAL OF NOTICE TO THE CLASS**<br><br>Hearing Date:  February 3, 2014<br>Time:          10:00 a.m.<br>Courtroom:     3 |

LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT –
Case No.: 11-cv-05511-DDP (PJWx)

# NOTICE OF UNOPPOSED MOTION AND MOTION
# FOR PRELIMINARY APPROVAL OF SETTLEMENT

PLEASE TAKE NOTICE that on February 3, 2014, at 10:00 a.m. before the Honorable Dean Pregerson in Courtroom 3, United States District Court for the Central District of California, 312 N. Spring Street, Los Angeles, CA 90012, Lead Plaintiff aAd Partners LP will, and does, move this Court, pursuant to Fed. R. Civ. P. 23(a), 23(b)(3), 23(e), and 23(g), for an Order (i) preliminarily approving the proposed Settlement reflected in the Stipulation and Agreement of Settlement attached hereto as Exhibit 1; (ii) certifying the proposed Settlement Class and Lead Plaintiff as Settlement Class representative and appointing Lead Counsel as Class Counsel for purposes of the Settlement; (iii) approving the form and manner of giving notice of the proposed Settlement to members of the Settlement Class; and (iv) scheduling a hearing on final approval of the Settlement and Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses.

Attached hereto as Exhibit 2 is a copy of the proposed Order Preliminarily Approving Proposed Settlement and Providing for Notice (and its exhibits).

Dated:  January 6, 2014                    Respectfully submitted,

                                           GOLD BENNETT CERA & SIDENER LLP

                                           By: s/ Pamela A. Markert
                                               Pamela A. Markert

                                           Attorneys for Lead Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 6, 2014.

s/ Pamela A. Markert
Pamela A. Markert