| | |
|---|---|
| 1 | GOLD BENNETT CERA & SIDENER LLP |
| 2 | SOLOMON B. CERA (99467) |
|   | THOMAS C. BRIGHT (169713) |
| 3 | PAMELA A. MARKERT (203780) |
|   | 595 Market Street, Suite 2300 |
| 4 | San Francisco, California 94105 |
| 5 | Telephone: (415) 777-2230 |
|   | Facsimile: (415) 777-5189 |
| 6 | Email: scera@gbcslaw.com |
| 7 |         tbright@gbcslaw.com |
|   |         pmarkert@gbcslaw.com |
| 8 | Attorneys for Lead Plaintiff |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF FEYKO, Individually and on Behalf of All Others Similarly Situated, | Case No.: 11-cv-05511-DDP (PJWx) |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **ORDER FOR CONTINUANCE OF PRELIMINARY APPROVAL HEARING** |
| YUHE INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |
| aAd PARTNERS LP, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| v. | |
| RODMAN & RENSHAW, LLC, *et al.*, | |
| Defendants. | |
| ROTH CAPITAL PARTNERS, LLC, *et al.*, | |
| Cross-Claimants, | |
| v. | |
| CHILD, VAN WAGONER & BRADSHAW, PLLC, *et al.*, | |
| Cross-Defendants | |

## ORDER

Having reviewed the Stipulation filed by Lead Plaintiff and defendants Yuhe International, Inc., Roth Capital Partners, LLC, Child, Van Wagoner & Bradshaw, PLLC, Brean Murray, Carret & Co., and Global Hunter Securities, LLC, dated January 29, 2014, and good cause appearing, the Court hereby orders as follows:

1. The hearing on Lead Plaintiff's unopposed motion for (I) preliminary approval of the settlement, (II) certification of the class for purposes of settlement and (III) approval of notice to the class shall be rescheduled to February 24, 2014, at 2:00 p.m., before Judge Virginia A. Phillips, at the U.S. District Court, Eastern Division, located at the George E. Brown, Jr. Federal Building, 3470 Twelfth Street, Courtroom Two, Second Floor, Riverside, California 92501.

**IT IS SO ORDERED.**

Dated: January 31, 2014

*/s/ Virginia A. Phillips*

The Honorable Virginia A. Phillips
United States District Judge