1  GOLD BENNETT CERA & SIDENER LLP
   Solomon B. Cera (99467)
2  Thomas C. Bright (169713)
   Pamela A. Markert (203780)
3  595 Market Street, Suite 2300
   San Francisco, California 94105
4  Telephone: (415) 777-2230
   Facsimile: (415) 777-5189
5  Email: scera@gbcslaw.com
          tbright@gbcslaw.com
6         pmarkert@gbcslaw.com

7  Attorneys for Lead Plaintiff

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JEFF FEYKO, Individually and on Behalf of All Others Similarly Situated, | Case No.: 11-cv-05511-DDP (PJWx) |
| 12  Plaintiff, | **LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION, AND CLASS CERTIFICATION** |
| 13  v. | |
| 14  YUHE INTERNATIONAL, INC., *et al.*, | |
| 15  Defendants. | |
| 16 | |
| 17  aAd PARTNERS LP, Individually and on Behalf of All Others Similarly Situated, | |
| 18  Plaintiff, | Hearing Date: June 9, 2014 |
| 19  v. | Time: 2:00 p.m. |
|     | Courtroom: 3 |
| 20  RODMAN & RENSHAW, LLC, *et al.*, | |
| 21  Defendants. | |
| 22  ROTH CAPITAL PARTNERS, LLC, *et al.*, | |
| 23  Cross-Claimants, | |
| 24  v. | |
| 25  CHILD, VAN WAGONER & BRADSHAW, PLLC, *et al.*, | |
| 26  Cross-Defendants. | |

27

28

LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT
Case No.: 11-cv-05511-DDP (PJWx)

1
2
3
4

# NOTICE OF MOTION AND MOTION
# FOR FINAL APPROVAL OF SETTLEMENT,
# PLAN OF ALLOCATION,
# AND CLASS CERTIFICATION

5  PLEASE TAKE NOTICE that on June 9, 2014, at 2:00 p.m. before the
6  Honorable Dean Pregerson in Courtroom 3, United States District Court for the
7  Central District of California, 312 N. Spring Street, Los Angeles, CA 90012, Lead
8  Plaintiff aAd Partners LP will, and does, move this Court, pursuant to Federal Rule
9  of Civil Procedure 23(e), for final approval of the settlement in this action.  This
10 motion is based on the accompanying Memorandum of Law in Support of Motion
11 for Final Approval of Settlement, Plan of Allocation, and Class Certification, the
12 Declaration of Pamela A. Markert In Support of Motion for Final Approval of
13 Settlement, Plan of Allocation, and Class Certification and Application for an
14 Award of Attorneys' Fees and Reimbursement of Litigation Expenses, the
15 Declaration of Carole Sylvester, the Stipulation and Agreement of Settlement dated
16 as of December 27, 2013 (ECF No. 171-1), all other pleadings and matters of
17 record, and such additional evidence or argument as may be presented before or at
18 the hearing.

19 Dated:  May 5, 2014                     Respectfully submitted,
20
21                                         GOLD BENNETT CERA & SIDENER LLP
22                                         By: s/ Pamela A. Markert
                                               Pamela A. Markert
23
24                                         Attorneys for Lead Plaintiff
25
26
27
28

1  CERTIFICATE OF SERVICE
2  I hereby certify that on May 5, 2014, I electronically filed the foregoing with
3  the Clerk of the Court using the CM/ECF system, which will send notification of
4  such filing to all counsel of record in this action.
5  I certify under penalty of perjury under the laws of the United States of
6  America that the foregoing is true and correct.  Executed on May 5, 2014.

                    s/ Pamela A. Markert
                    Pamela A. Markert